IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 MAY -9 PM 2: 26

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

| | |
|---|---|
| BERNADETTE CUNNINGHAM and ROSALIND JOHNSON, Individually and as Administratrix of the Estate of NEKEYA MAGSBY, Deceased, <br><br> Plaintiffs, <br><br> VS. <br><br> MICHELIN NORTH AMERICA, INC., and MICHELIN AMERICAN RESEARCH & DEVELOPMENT CORP., <br><br> Defendants. | No. 04-1144-T/An |

### ORDER DENYING MOTION FOR TRIAL CONTINUANCE

On May 6, 2005, the plaintiffs, Bernadette Cunningham and Rosalind Johnson, individually and as administratrix of the Estate of Nekeya Magsby, filed a motion for a continuance of the trial in this case, which is currently scheduled for September 12, 2005.

Plaintiffs have failed to comply with Local Rule 7.2(a)(1)(A)-(B). Paragraph (A) of that rule requires motions to be accompanied by a proposed order. Paragraph (B) requires the motion to be accompanied by a certificate of consultation

> affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion. Failure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  5/10/05

34

Plaintiffs' motion for a continuance is DENIED without prejudice to refiling in compliance with the Local Rules.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 May 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Fred J. Fresard
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Andrea Laginess Moody
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Honorable James Todd
US DISTRICT COURT