IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BERNADETTE CUNNINGHAM and )
ROSALIND JOHNSON, Individually, and as )
Administratrix of the Estate of NEKEY A. )
MAGSBY, Deceased, )
)
    Plaintiff )
)
v. )
) No. 1-04-1144-T/AN
) JURY DEMAND
MICHELIN NORTH AMERICA, INC., and )
MICHELIN AMERICAS RESEARCH & )
DEVELOPMENT CORP., )
)
    Defendants )

## ORDER

This matter came before the Court on the motion of Defendants Michelin North America, Inc. and Michelin Americas Research & Development Corporation seeking permission of this Court to file a reply brief to the previously filed response of the Plaintiffs to these Defendants' Motion to Strike or Exclude the Plaintiffs' expert. For good cause shown, the motion allowing these Defendants permission to file a reply brief is granted. The reply attached to the motion shall be filed as a part of the record in this case.

It is so ORDERED this the 24th day of May, 2005.

                                              JUDGE JAMES D. TODD

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/26/05



APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.

By: *John R. Tarpley*
John R. Tarpley, No. 9661
David A. Changas, No. 20679
SunTrust Bank Building
201 Fourth Avenue North, Suite 1500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366


NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *A. M. Quattlebaum, Jr.* by *John R. Tarpley*
A. M. Quattlebaum, Jr., Fed. Bar No. 5052   with permission
104 South Main Street, Suite 900
Post Office Box 10084 (29603-0084)
Greenville, SC 29601
(864) 250-2300

Attorneys for Michelin North America, Inc.


MORRIS, MANNING & MARTIN, LLP

By: *Elizabeth C. Helm* by *John R. Tarpley*
Elizabeth C. Helm                with permission
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044
(404) 233-7000

Attorneys for Michelin Americas Research
and Development Corporation

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the following counsel of record in the manner of service indicated below:

[✓]  By placing postage prepaid envelope in United States Mail Service, addressed to:

> Jeffrey S. Rosenblum, Esq.
> Rosenblum & Reisman, PC
> 80 Monroe Avenue, #950
> Memphis, TN 38103
>
> Gary Holt, Esq.
> Russell Marlin, Esq.
> T. Michael Lee, Esq.
> Gary Eubanks & Associates
> 708 West Second Street
> Little Rock, Arkansas 72201
>
> Elizabeth C. Helm, Esq.
> Morris, Manning & Martin, LLP
> 1600 Atlanta Financial Center
> 3343 Peachtree Road, N.E.
> Atlanta, GA 30326-1044
>
> Fred J. Fresard, Esq.
> Bowman and Brooke, LLP
> 600 Liberty Center
> 50 West Big Beaver Road
> Troy, Michigan, 48084-5293

[ ]  By placing document in third party express delivery carrier, i.e., Federal Express, for overnight delivery to the following counsel of record:

[ ]  By sending document via facsimile to:

[ ]  By causing the foregoing to be hand delivered to counsel of record at the following address on this _____ day of _____, 2005:

This the 23d day of May, 2005.

_____
[signature]

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Fred J. Fresard
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Andrea Laginess Moody
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT