IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| BERNADETTE CUNNINGHAM AND ROSALIND JOHNSON, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF NEKEY A. MAGSBY, DECEASED, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Docket No. 1-04-1144-T/An |
| MICHELIN NORTH AMERICA, INC, MICHELIN AMERICAS RESEARCH & DEVELOPMENT CORP., GENERAL MOTORS CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT ORDER

Defendant Michelin Americas Research & Development Corp. ("MARC") by and through its undersigned counsel seeks to extend the time allowed for responding to the Plaintiffs' Motion to Compel Discovery from May 31, 2005 to June 10, 2005. Counsel for plaintiffs has consented to the extension.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 24, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/31/05

WE SO MOVE:

ARMSTRONG ALLEN, PLLC

By: _____
Robert V. Redding          (#07958)
Jonathan O. Steen          (#16519)
464 North Parkway, Suite A
Jackson, TN 38305
731-660-2332


MORRIS, MANNING & MARTIN LLP

By: _____ by Jonathan O. Steen w/permission
Elizabeth C. Helm    (Georgia Bar No. 289930)
Robert P. Alpert     (Georgia Bar No. 013635)
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
404-233-7000

Attorneys for Michelin Americas Research & Development Corp.



WE SO CONSENT:

GARY EUBANKS & ASSOCIATES

By: _____ by Jonathan O. Steen w/permission
T. Michael Lee, Esq.
Gary Eubanks & Associates
708 West Second Street
Little Rock, Arkansas 72201
501-372-0266

Attorneys for Plaintiffs Bernadette Cunningham and Rosalind Johnson

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: *A. Marvin Quattlebaum* by *Jonathan P. Steen*
      *w/ permission*
A. Marvin Quattlebaum, Jr.
Nelson Mullins Riley & Scarborough, LLP
Poinsett Plaza
P. O. Box 10084
Greenville, SC 29603-0084

AND

John R. Tarpley
Lewis, King, Krieg & Waldrop, P.C.
SunTrust Bank Building
201 Fourth Avenue, North, Suite 1500
P.O. Box 198615
Nashville, TN 37219

Attorneys for Michelin North America, Inc.

K:\M1409\57366\PLEADINGS\CNORDEXT.DOC

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Fred J. Fresard
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Andrea Laginess Moody
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Honorable James Todd
US DISTRICT COURT