IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 MAY 31 AM 9:07

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

| | |
|---|---|
| BERNADETTE CUNNINGHAM and ROSALIND JOHNSON, Individually, and as Administratrix of the Estate of NEKEY A. MAGSBY, Deceased,<br><br>Plaintiff<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC., and MICHELIN AMERICAS RESEARCH & DEVELOPMENT CORP.,<br><br>Defendants | No. 1-04-1144-T/AN<br>JURY DEMAND |

## CONSENT ORDER

Defendant Michelin North America, Inc., by and through its undersigned counsel, seeks to extend the time allowed for responding to the Plaintiffs' Motion to Compel Discovery from May 31, 2005 to June 10, 2005. Counsel for Plaintiffs has consented to the extension.

It is so ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 27, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/1/05

49

WE SO MOVE:

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *A. M. Quattlebaum, Jr.* (by *John R. Tarpley, with permission*)
A. M. Quattlebaum, Jr., Fed. Bar No. 5052
104 South Main Street, Suite 900
Post Office Box 10084 (29603-0084)
Greenville, SC 29601
(864) 250-2300


LEWIS, KING, KRIEG & WALDROP, P.C.

By: *John R. Tarpley*
John R. Tarpley, No. 9660
David A. Changas, No. 20679
SunTrust Bank Building
201 Fourth Avenue North, Suite 1500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366

Attorneys for Michelin North America, Inc.



WE SO CONSENT:

GARY EUBANKS & ASSOCIATES

By: *T. Michael Lee* (by *John R. Tarpley, with permission*)
T. Michael Lee
708 West Second Street
Little Rock, Arkansas 72201
(501) 372-0266

Attorneys for Plaintiffs Bernadette Cunningham and Rosalind Johnson

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the following counsel of record in the manner of service indicated below:

[✓] By placing postage prepaid envelope in United States Mail Service, addressed to:

>Jeffrey S. Rosenblum, Esq.
>Rosenblum & Reisman, PC
>80 Monroe Avenue, #950
>Memphis, TN 38103
>
>Gary Holt, Esq.
>Russell Marlin, Esq.
>T. Michael Lee, Esq.
>Gary Eubanks & Associates
>708 West Second Street
>Little Rock, Arkansas 72201
>
>Elizabeth C. Helm, Esq.
>Morris, Manning & Martin, LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road, N.E.
>Atlanta, GA 30326-1044
>
>Robert V. Redding, Esq.
>Jonathan O. Steen, Esq.
>Armstrong Allen, PLLC
>464 North Parkway, Suite A
>Jackson, TN 38305

[ ] By placing document in third party express delivery carrier, i.e., Federal Express, for overnight delivery to the following counsel of record:

[ ] By sending document via facsimile to:

[ ] By causing the foregoing to be hand delivered to counsel of record at the following address on this _____ day of _____, 2005:

This the 26th day of May, 2005.

_____
John C. Tayly

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Fred J. Fresard
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Andrea Laginess Moody
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Honorable James Todd  
US DISTRICT COURT