IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BERNADETTE CUNNINGHAM and )
ROSALIND JOHNSON, Individually and )
as Administratrix of the Estate of )
NEKEYA MAGSBY, Deceased, )
)
    Plaintiffs, )
)
VS. ) No. 04-1144-T/An
)
MICHELIN NORTH AMERICA, INC., )
and MICHELIN AMERICAN )
RESEARCH & DEVELOPMENT )
CORPORATION, )
)
    Defendants. )

### ORDER DENYING REQUEST FOR HEARING ON MOTIONS

On June 21, 2005, the Court Clerk's office received a letter from T. Michael Lee, counsel for the plaintiffs. The letter notes that plaintiffs have motions pending in this case and requests that a hearing be set at the Court's earliest convenience.

Local Rule 7.2(c) provides that if a hearing is desired on a motion:

> counsel shall request the hearing in the motion or response. If the court determines that a hearing would be helpful or necessary, the court will set the date and time of the hearing and the clerk will notify all counsel.

Thus, the Clerk may set a hearing only at the direction of the Court,[1] not merely upon the

---

[1] Regardless of the type of action desired from the Court, whether a hearing or something more, it should be requested in an actual court document, not merely a letter.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/24/05

request of counsel.

In any event, plaintiffs' pending motions in this case are a motion to compel discovery and a motion to continue which includes a request to extend the various pretrial deadlines.[2] These are motions that will be decided by the Magistrate Judge; therefore, it is within his discretion whether to set a hearing on those motions.

The plaintiffs' informal request for a hearing is DENIED. Any further request for hearing on these particular motions should be made to the Magistrate Judge.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

24 June 2005
DATE

---

[2] A supplemental motion to continue was also recently filed.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Andrea Laginess Moody
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Fred J. Fresard
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT