IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| BERNADETTE CUNNINGHAM and ROSALIND JOHNSON, Individually and as Administratrix of the Estate of Nekeya Magsby, Deceased, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO.   04-1144 T/An |
| MICHELIN NORTH AMERICA, INC., and MICHELIN AMERICAS RESEARCH & DEVELOPMENT CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO CONTINUE TRIAL
## AND DENYING MOTION TO ESTABLISH NEW DEADLINES

Before the Court is Plaintiff's Motion for Trial Continuance filed on May 18, 2005. For good cause shown, the Motion for Trial Continuance is **GRANTED**. A trial in this matter shall be re-set to begin on **WEDNESDAY, FEBRUARY 22, 2006**. A joint pre-trial Order shall be due to the Court no later than **FRIDAY, FEBRUARY 10, 2006**.

In the instant Motion, Plaintiff requests the establishment of new pre-trial deadlines. After due consideration, the Motion to establish new deadlines is **DENIED** without prejudice. Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] schedule shall not be modified except upon a showing of good cause and by leave of the District Judge, or when

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/7/05

authorized by Local Rule, by a Magistrate Judge."[1] Fed. R. Civ. P. 16(b). "The primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management orders and requirements." *Latonia Inge v. Rock Financial Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (citing *Bradford v. Dana Corp.,* 249 F.3d 807, 809 (8th Cir. 2001)). At this time, Plaintiff has not demonstrated good cause to modify the current Scheduling Order. Plaintiff argues the establishment of new deadlines is proper because Plaintiff will need future medical treatment; however, under the Federal Rules of Civil Procedure, Plaintiff can supplement the reports of treating physicians and/or experts disclosed in accordance with the Fed. R. Civ. P. 26. Therefore, if and when Plaintiff receives any information surrounding Plaintiff's injury that is casually related to the accident, Plaintiff can renew her motion to modify the deadlines previously imposed. The Court will reconsider such a motion at that time.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 05, 2005

---

[1] Pursuant to Administrative Order No. 2003, Motions to Amend Scheduling Order are to be decided by the Magistrate Judge without a specific order of reference.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Andrea Laginess Moody
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Fred J. Fresard
BOWMAN & BROOKE
50 West Big Beaver Rd.
Troy, MI 48084--529

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

David L. Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Honorable James Todd
US DISTRICT COURT