

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BERNADETTE CUNNINGHAM AND )
ROSALIND JOHNSON, INDIVIDUALLY, )
AND AS ADMINISTRATRIX OF THE )
ESTATE OF NEKEY A. MAGSBY, )
DECEASED, )
                     )
      Plaintiffs            )
                     )
v.                     )    No. 1-04-1144-T/AN
                     )
MICHELIN NORTH AMERICA, INC., )
MICHELIN AMERICAS RESEARCH & )
DEVELOPMENT CORP., GENERAL )
MOTORS CORPORATION, )
                     )
      Defendants         )

## MOTION OF DEFENDANTS TO FILE REPLY TO PLAINTIFF'S REPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO CLAIMS OF NEKEYA MAGSBY

Come now the Defendants, Michelin North America, Inc. ("MNA") and Michelin American Research & Development Corp. ("MARC"), by and through counsel, and request of this Honorable Court permission to file a reply brief to Plaintiffs' Response to Defendants' Motion for Summary Judgment as to Claims of Nekey Magsby. (The proposed Reply is attached hereto as Exhibit A). Thereafter, defendants filed a response to the plaintiffs' motion. In support of this Motion, Defendants submit the contemporaneously filed Memorandum in Support of this Motion.

**MOTION GRANTED**
DATE: 25 Nov 2005

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/28/05

83

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.


By: _____
     John R. Tarpley, No. 9661
     David A. Changas, No. 20679
     SunTrust Bank Building
     201 Fourth Avenue North, Suite 1500
     P.O. Box 198615
     Nashville, TN  37219
     (615) 259-1366


NELSON MULLINS RILEY & SCARBOROUGH
LLP

By: _____
     A. M. Quattlebaum, Jr., No. 5052
     Poinsett Plaza
     104 South Main Street, Suite 900
     P. O. Box 10084
     Greenville, SC  29601
     (864) 250-2300


    Attorneys for Michelin North America, Inc.


MORRIS, MANNING & MARTIN, LLP


By: _____
     Elizabeth C. Helm, Esq.
     1600 Atlanta Financial Center
     3343 Peachtree Road, N.E.
     Atlanta, GA 30326-1044
     (404) 504-7792

2

ARMSTRONG ALLEN, PLLC

By: _Jonathan O. Steen by Dunbar_
    _by permission_
    Jonathan O. Steen, Esq.
    464 North Parkway, Suite A
    Jackson, TN 38305
    (901) 660-2332

Attorneys for Michelin Americas Research
& Development Corp.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the following counsel of record in the manner of service indicated below:

☑ By placing postage prepaid envelope in United States Mail Service, addressed to:

Jeffrey S. Rosenblum, Esq.
Rosenblum & Reisman, PC
80 Monroe Avenue, #950
Memphis, TN 38103

Gary Holt , Esq.
Russell D. Marlin, Esq.
Gary Eubanks & Associates
708 West Second Street
Little Rock, Arkansas 72201

☐ By placing document in third party express delivery carrier, i.e., Federal Express, for overnight delivery to the following counsel of record:

☐ By sending document via facsimile to:

☐ By causing the foregoing to be hand delivered to counsel of record at the following address

This the _28th_ day of _October_ _____, 2005.

_David _____

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

David A. Changas
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500, P.O. Box 198615
Nashville, TN 37219

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Honorable James Todd
US DISTRICT COURT