IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BERNADETTE CUNNINGHAM and ROSALIND JOHNSON, Individually and as Administratrix of the Estate of NEKEYA MAGSBY, Deceased, <br><br>Plaintiffs, <br><br>VS. <br><br>MICHELIN NORTH AMERICA, INC., and MICHELIN AMERICAN RESEARCH & DEVELOPMENT CORP., <br><br>Defendants. | No. 04-1144-T/An |

## ORDER HOLDING MOTION IN ABEYANCE

On October 21, 2005, the Michelin defendants filed a motion for summary judgment as to the plaintiffs' claims for punitive damages. Plaintiffs filed a response to the motion on November 18, 2005. In that response, plaintiffs state that they filed a motion to compel discovery from the defendants on May 16, 2005. It is asserted, pursuant to Fed. R. Civ. P. 56(f), that the discovery sought is necessary in order to fully respond to the motion for summary judgment on punitive damages. Therefore, plaintiffs request that the motion for summary judgment as to punitive damages be held in abeyance pending resolution of the motion to compel and the completion of any discovery allowed.

As it appears that the discovery sought by plaintiffs, if allowed, may be pertinent to the issue of whether the defendants engaged in conduct warranting an award of punitive damages, the plaintiffs' request is granted. The motion for summary judgment on punitive damages is hereby held in abeyance pending the completion of discovery.

The current discovery deadline is January 23, 2006. Accordingly, plaintiffs are hereby allowed until February 23, 2006 to respond to the defendants' motion for summary judgment as to the claims of punitive damages. If the discovery deadline is extended, plaintiffs may seek an additional extension of time to respond, if necessary.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

5 December 2005
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

David A. Changas
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500, P.O. Box 198615
Nashville, TN 37219

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT