IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BERNADETTE CUNNINGHAM AND
ROSALIND JOHNSON, INDIVIDUALLY,
AND AS ADMINISTRATRIX OF THE
ESTATE OF NEKEYA MAGSBY,
DECEASED

PLAINTIFFS

v.      No. 1-04-1144-T/AN

MICHELIN NORTH AMERICA, INC.,
MICHELIN AMERICAS RESEARCH &
DEVELOPMENT CORPORATION

DEFENDANTS

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Comes now the Plaintiffs, Bernadette Cunningham and Rosalind Johnson Individually and as Administratrix of the Estate of Nekeya Magsby, deceased, and for Plaintiff's Motion for Enlargement of Time and states:

1. On December 9, 2005, Plaintiff's counsel received several motions in limine from the Defendant regarding expert testimony.

2. These motions in limine include complicated issues of science which are being challenged pursuant to *Daubert v. Merrill-Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

3. Plaintiff's counsel has been out sick with a cold and the flu for the past week, and is only now able to turn his full attention to these motions.

4. Pursuant to local rules, Plaintiff's response would normally be due December 24, 2005 or the first business day thereafter, since the 24th falls on a Saturday.

5. Plaintiff hereby requests an enlargement of time until December 30, 2005, in order to fully and completely respond to Defendant's motions in limine regarding the testimony of Plaintiff's expert David Osborne.

**MOTION GRANTED**
DATE: 23 December 2005

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/28/05

6. Defense counsel has been consulted and has no objection to this enlargement of time.

WHEREFORE, Plaintiffs, Bernadette Cunningham and Rosalind Johnson Individually and as Administratrix of the Estate of Nekeya Magsby, deceased, requests that this Court grant Plaintiffs Motion for Enlargement of Time as well as grant any and all other relief to which they may be entitled including their costs and fees.

Respectfully submitted,

GARY EUBANKS & ASSOCIATES
708 West Second Street
Little Rock, AR 72201
(501) 372-0266

By:_____
Russell D. Marlin     BIN#2000107

## CERTIFICATE OF SERVICE

I, Russell Marlin, do hereby certify that the above and foregoing was mailed, with postage pre-paid via the United States Postal Service, on this 17th day of November, 2005, to:

Mr. A. Marvin Quattlebaum, Jr.
Nelson, Mullins, Riley
& Scarborough, L.L.P.
Poinsett Plaza
P.O. Box 10084
Greenville, SC 29603-0084

Ms. Elizabeth C. Helm
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Mr. Jeff Rosenblum
Rosenblum & Reisman, PC
80 Monroe Ave., Suite 950
Memphis, TN 38103

John R. Tarpley
Lewis, King, Krieg & Waldrop, P.C.
SunTrust Bank Building
201 Fourth Avenue, N., Suite 1500
Nashville, TN 37219

_____
Russell D. Marlin     BIN#2000107

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 1:04-CV-01144 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Joe S. Moore
Circuit Court Clerk
Haywood County Cthse.
Brownsville, TN 38012

Susan J. Warren
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

John R. Tarpley
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Russell Marlin
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

T. Michael Lee
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Gary Holt
EUBANKS & ASSOCIATES
708 W. Second St.
Little Rock, AR 72201

Elizabeth C. Helm
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

David A. Changas
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500, P.O. Box 198615
Nashville, TN 37219

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Robert P. Alpert
MORRIS MANNING & MARTIN
3343 Peachtree Rd., NE
Atlanta, GA 30326--104

Honorable James Todd
US DISTRICT COURT